BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY COCHRAN,<br><br>                            Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and Does 1 through 15, inclusive,<br><br>                            Defendant. | CASE NO.  2:10-CV-02314-WBS-EFB<br><br>**STIPULATION TO EXTEND DATE OF STATUS CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the status conference currently scheduled for February 7, 2011, at 2:00 p.m., to March 14, 2011, at 2:00 p.m., in light of the following:

(1) Plaintiff filed his employment discrimination complaint on August 27, 2010.

(2) Plaintiff completed service of the summons and complaint on or about December 23, 2010.

(3) The deadline for the filing of a responsive pleading is February 21, 2011, which is after the date of the currently scheduled status conference in this case (February 7, 2011).

(4) In order to give the Defendant sufficient time to prepare a responsive pleading and for the parties to draft and timely file a joint status report, the parties respectfully ask the Court to extend the

STIPULATION TO EXTEND DATE OF STATUS CONFERENCE

date of the status conference from February 7, 2011, to March 14, 2011.

(5)  The parties will file a joint status report at least twenty-one days in advance of March 14, 2011.

Dated: January 21, 2011        */s/ Gay L. Carroll*
                               GAY L. CARROLL
                               Law Offices of Gay Carroll
                               Attorney for Plaintiff


Dated: January 21, 2011        BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                     By:       */s/ Edward A. Olsen*
                               EDWARD A. OLSEN
                               Assistant United States Attorney
                               Attorneys for Federal Defendant


## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the date of the Scheduling Conference in this matter is re-scheduled for **March 21, 2011 at 2:00 p.m.**

Dated: January 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE