BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY COCHRAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and Does 1 through 15, inclusive,<br><br>　　　　　Defendant. | CASE NO.  2:10-CV-02314-WBS-EFB<br><br>**STIPULATION TO EXTEND DEADLINE FOR ANSWER;** ~~]~~————ORDER |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the deadline for defendant's answer by two weeks – from February 21, 2011, to March 7, 2011.   The date of the status conference will remain the same – March 21, 2011, at 2:00 p.m.

//
//
//
//
//
//

STIPULATION TO EXTEND DEADLINE FOR ANSWER

1 | Dated: February 17, 2011        */s/ Gay L. Carroll*
GAY L. CARROLL
Law Offices of Gay Carroll
Attorney for Plaintiff

Dated: February 17, 2011        BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:    */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendant

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: February 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINE FOR ANSWER    2