Gay L. Carroll, SBN 203803
**Law Offices of Gay Carroll**
770 L Street, Suite 950
Sacramento, California 95814
(916) 443-3553
Fax: (916) 443-2424

Attorney for Plaintiff
JIMMY COCHRAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY COCHRAN<br><br>    Plaintiff,<br><br>  v.<br><br>Eric K. Shinseki, Secretary of Veterans Affairs, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and Does 1 through 15, inclusive,<br><br>    Defendants. | Case No. 2:10-CV-02314-WBS-EFB<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING EXPERT DISCOVERY DEADLINES** |

     Pursuant to Federal Rules of Civil Procedure, Rule 29(b), Plaintiff JIMMY COCHRAN and Defendants ERIK K. SHINSEKI and the UNITED STATES DEPARTMENT OF VETERANS AFFAIRS hereby stipulate to the following:

     1.     The Parties hereto are actively engaging in both written discovery and the depositions of percipient witnesses. However, that discovery will not be complete until July 2012. As such, the Parties will not be able to ascertain the need for expert witnesses and subsequent discovery required from them until some time after discovery is complete. Requiring the Parties to engage in expensive expert disclosure and discovery at this stage will circumvent the "just, speedy,

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE AND DISCOVERY

- 1 -

GAY L. CARROLL
LAW OFFICES OF GAY CARROLL
770 L STREET, SUITE 950
SACRAMENTO, CA 05914
(916) 443-3553

and inexpensive determination of [this] action." *Babcock & Wilcox Co. v. N. Carolina Pulp Co.*, 25 F. Supp. 596 (D. Del. 1938)

2. At present, pursuant to the Court's scheduling order, the last day to disclose experts and produce expert reports is March 9, 2012; however as neither party knows its need for experts at this time, the Parties desire to stipulate to a revised discovery schedule.

3. For this reason, the Parties stipulate to the following expert discovery procedure:

   a. Expert disclosure to be continued to September 7, 2012.

   b. Rebuttal experts to be disclosed by October 5, 2012.

   c. Expert discovery to be completed by November 9, 2012.

4. The parties do not seek to modify any other dates.

Dated: March 5, 2012         LAW OFFICES OF GAY CARROLL

                             By:   */s/ Gay L. Carroll*
                                   Gay L. Carroll, SBN 203803
                                   Attorney for Plaintiff

Dated: March 5, 2012         BENJAMIN B. WAGNER
                             United States Attorney

                             By:   */s/ Edward A. Olsen*
                                   EDWARD A. OLSEN
                                   Assistant U.S. Attorney
                                   Attorneys for Defendants

Good cause having been shown, the Parties proposed schedule for expert discovery is hereby approved.

**IT IS SO ORDERED.**

DATED: March 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE AND DISCOVERY
- 2 -

GAY L. CARROLL
LAW OFFICES OF GAY CARROLL
770 L STREET, SUITE 950
SACRAMENTO, CA 05914
(916) 443-3553