IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY COCHRAN,

      Plaintiff,                                No. 2:10-cv-2314-WBS-EFB

      vs.

ERIC K. SHINSEKI, Secretary of
Veteran's Affairs, United States Department
of Veteran's Affairs; DOES 1-15, inclusive,

      Defendants.                             <u>ORDER</u>

_____/

        On June 28, 2012, plaintiff filed a motion to compel defendant to produce documents, along with an application for an order shortening time on the motion to compel. Dckt. Nos. 23, 24. The basis for the request to shorten time is the court's unavailability on the dates plaintiff intended to have his motion to compel heard. Dckt. No. 23 at 2. Defendant has stipulated to have the motion heard on shortened time. *Id.* at 1; Carroll Decl., Dckt. No. 23-2, ¶ 6, Ex. A.

        Eastern District of California Local Rule 144(e) provides that "[a]pplications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time." The rule further provides that "[s]tipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect." E.D. Cal. L.R. 144(e). In light of

1

the parties' stipulation, as well as the court's unavailability in late July and early August, plaintiff's application for an order shortening time on the motion to compel will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application for an order shortening time, Dckt. No. 23, is granted.

2. Plaintiff's motion to compel, Dckt. No. 24, will be heard on Tuesday, July 17, 2012, at 10:00 a.m. in Courtroom No. 24.

3. The parties are reminded of the necessity of meeting and conferring in good faith, and attempting to resolve their discovery dispute prior to the court's hearing regarding the dispute. Therefore, on or before Monday, July 9, 2012, the parties shall further meet and confer regarding the motion to compel.[1]  Failure of any party to do so will be cause for sanctions.

4. If the parties are able to resolve the dispute without court intervention, plaintiff's counsel shall withdraw the motion as soon as possible.

5. If the parties are unable to resolve the dispute through the meet and confer process, the parties shall file a revised joint statement regarding the discovery dispute on or before Tuesday, July 10, 2012.

SO ORDERED.

DATED: June 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties indicate that they have already met and conferred, and although the parties already filed a joint statement regarding their discovery disagreement, it appears from that joint statement that the parties have not completed the meet and confer process.  *See* Dckt. No. 24-2 at 9.