BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY COCHRAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, and Does 1 through 15, inclusive,<br><br>　　　　　　Defendant. | CASE NO. 2:10-CV-02314-WBS-EFB<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION FOR A PROTECTIVE ORDER QUASHING FED. R. 30(b)(6) DEPOSITION** |

　　　　Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to the following in order to resolve their discovery disputes regarding Plaintiff's Motion to Compel relating to Defendant's Response to Plaintiff's Request for Production No. 25 and Request for Sanctions, and Defendant's Motion for a Protective Order to quash Plaintiff's Fed. R. Civ. P. 30(b)(6) deposition:

　　　　(1) Plaintiff will withdraw his current Request for Production No. 25 and will revise his Request for Production No. 25 in the following manner: (a) he will list the 14 job positions referred to in the current Request for Production No. 25 in a manner that will allow Defendant to identify which job positions Plaintiff is referring to; (b) he will list the month and year that he applied for the Emerging Leaders Program in 2008; and (c) Plaintiff will ask Defendant to identify the race, sex and

STIPULATION AND ORDER

1  gender of each successful job applicant (not the successful job applicants' names or other identifying
2  information) for each of the 14 job positions listed in the revised Request and races, sexes and genders
3  of each graduate of the 2008 Emerging Leaders Development Program (not the graduates' names or
4  other identifying information).

5  (2) Plaintiff will serve Defendant with his revised Request for Production No. 25 no later than
6  July 20, 2012.

7  (3) Defendant will respond to Plaintiff's revised Request for Production No. 25 within 14 days
8  of service of the revised Request for Production No. 25.

9  (4) Plaintiff hereby withdraws his Motion to Compel relating to Defendant's Response to
10 Plaintiff's Request for Production No. 25 and Request for Sanctions, as well as his Fed. R. Civ. P.
11 30(b)(6) deposition notice. Defendant, in turn, will withdraw his Motion for a Protective Order seeking
12 to quash the Fed. R. Civ. P. 30(b)(6) deposition currently noticed for July 18, 2012.

13 (5) The parties respectfully agree to submit the above-entitled action to the Voluntary Dispute
14 Resolution Program pursuant to Local Rule 271.

15 (6) The parties agree to refrain from noticing or taking any further depositions until such time
16 as efforts to resolve the action through the Voluntary Dispute Resolution Program are unsuccessful.

18 Dated: July 17, 2012       */s/ Robert Boucher for*
                              GAY L. CARROLL
19                            Law Offices of Gay Carroll
                              Attorney for Plaintiff

22 Dated: July 17, 2012       BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY

23                       By:  */s/ Edward A. Olsen*
                              EDWARD A. OLSEN
24                            Assistant United States Attorney
                              Attorneys for Federal Defendant

26 //
27 //
28 /

STIPULATION AND ORDER

2

**ORDER**

1. The parties' stipulation and proposed order is approved, and the two pending motions for discovery, Dckt. Nos. 24 and 27, are deemed withdrawn.

2. As ordered at the July 17, 2012 hearing on the parties' discovery motions, the status (pretrial scheduling) order in this action is modified as follows:

    a. All non-expert discovery, including depositions for preservation of testimony, shall be completed by September 25, 2012.[1] *See* Dckt. Nos. 19, 22.

    b. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before October 15, 2012.

Dated: July 24, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As indicated in the status (pretrial scheduling) order, Dckt. No. 19, the word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

STIPULATION AND ORDER
3