1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Direct:      (916) 554-2821
   Facsimile: (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for Defendant

7

8                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 JIMMY COCHRAN,                          )   CASE NO.: 2:10-CV-02314 WBS-EFB
                                           )
13            Plaintiff,                    )   **STIPULATION AND [PROPOSED]**
                                           )   **ORDER APPROVING COMPROMISE**
14 v.                                       )   **SETTLEMENT**
                                           )
15 ERIC K. SHINSEKI, Secretary of Veterans )
   Affairs, UNITED STATES DEPARTMENT OF    )
16 VETERANS AFFAIRS, and DOES 1 through     )
   15, inclusive,                           )
17                                          )
              Defendants.                   )
18                                          )
                                           )
19 ─────────────────────────────────────

20       IT IS HEREBY STIPULATED by and between Plaintiff Jimmy Cochran and Defendant Erik K.

21 Shinseki, Secretary of the United States Department of Veterans Affairs, by and through their respective

22 attorneys as follows:

23       1.      The parties do hereby agree to settle and compromise the above-entitled action under the

24 terms and conditions set forth herein.

25       2.      Defendant agrees to pay to Plaintiff Jimmy Cochran the sum of Thirty Thousand Dollars

26 ($30,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands,

27 rights, and causes of action of whatsoever kind and nature, including claims arising under Title VII of

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
2:10-CV-02314-WBS-EFB
                                           -1-

the Civil Rights Act and the Age Discrimination in Employment Act, arising from the subject matter that gave rise to the above-captioned lawsuit.

3.      Defendant further agrees to place Plaintiff into the position of Utilization Review Nurse, effective October 9, 2012, with the same rights and benefits of employment he possessed as an employee of the Veterans Administration as of September 10, 2012.  Defendant also agrees to accept Plaintiff into the upcoming Emerging Leaders Development Program in the Summer of 2013, which is the next time that it is offered, and further agrees to fairly evaluate Plaintiff's work along with his peers.

4.      Plaintiff hereby releases and discharges the Secretary of the United States Department of Veterans Affairs and any of his past and present officials, agents, employees, attorneys, insurers, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of action, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in Plaintiff's Complaint.  Plaintiff further agrees not to discuss the monetary amount of this agreement with any employees of the United States Department of Veterans Affairs.

5.      This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the Secretary of the United States Department of Veterans Affairs, the United States, its agencies, agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6.      This Agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the Agreement, but shall not prohibit Plaintiff from bringing any future EEO claim or Title VII or ADEA lawsuit based on alleged future discriminatory treatment.

7.      It is also agreed, by and among the parties, that the Defendant's commitments in paragraphs two and three represent the entire amount and obligation of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by Plaintiff will be paid out of the settlement amount and not in addition thereto.

8.      Payment of the settlement amount will be made by a check drawn on the United States

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
2:10-CV-02314-WBS-EFB

1    Department of Veterans Affairs for Thirty Thousand Dollars and no cents ($30,000.00) and made

2    payable to the Law Offices of Gay L. Carroll (Tax I.D. No. 85-0485523).  The check will be mailed to

3    the Law Offices of Gay L. Carroll, 770 L Street, Suite 950, Sacramento, CA 95814.

4            9.  Plaintiff and his attorney are responsible for payment of any taxes that may be due on the

5    settlement proceeds and Defendant makes no representation as to any tax consequences or liabilities

6    Plaintiff and his attorney may incur as a result of this settlement.  If any withholding or income tax

7    liability is imposed upon Plaintiff based on payment of the settlement sum received herein, Plaintiff

8    shall be solely responsible for paying any such determined liability from any government agency

9    thereof.  Plaintiff will indemnify and hold harmless Defendant from any liability it incurs from any

10   government agency arising out of any failure by Plaintiff to pay for any liability he might incur from

11   any government agency.

12           10.     In consideration of this Agreement and the payment of the foregoing amount thereunder

13   and placement of Plaintiff into the position of Utilization Review Nurse and Defendant's agreement to

14   accept Plaintiff into the Emerging Leaders Development Program, Plaintiff agrees that upon receipt of

15   the settlement check, he will deliver to Defendant's counsel a fully executed Notice of Dismissal.

16           11.  Plaintiff has been informed that payment may take sixty days or more to process, but

17   Defendant agrees to make good faith efforts to expeditiously process said payment.

18           12.  The parties agree that should any dispute arise with respect to the implementation of the

19   terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue his original

20   causes of action.  Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in

21   district court.  The parties agree that the district court will retain jurisdiction over this matter for the

22   purposes of resolving any dispute alleging a breach of this Agreement.

23           13.  The provisions of California Civil Code Section 1542 are set forth below:

24           "A general release does not extend to claims which the creditor does not know or suspect
             to exist in his favor at the time of executing the release, which if known by him must
25           have materially affected his settlement with the debtor."

26           Plaintiff having been apprised of the statutory language of California Civil Code Section 1542

27   by his attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and

28

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
2:10-CV-02314-WBS-EFB

1   all rights he may have pursuant to the provision of that statute and any similar provision of federal law.

2   Plaintiff understands that, if the facts concerning Plaintiff's injuries and the liability of the government

3   for damages pertaining thereto are found hereinafter to be other than or different from the facts now

4   believed by them to be true, the Agreement shall be and remain effective notwithstanding such material

5   difference.

6       14.  The parties agree that this Stipulation for Compromise Settlement, including all the terms

7   and conditions of this compromise settlement and any additional agreements relating thereto, may be

8   made public in their entirety, and plaintiff expressly consents to such release and disclosure pursuant to

9   5 U.S.C. § 552a(b).

10       15.  This instrument shall constitute the entire Agreement between the parties, and it is expressly

11   understood and agreed that the Agreement has been freely and voluntarily entered into by the parties

12   hereto with the advice of counsel, who have explained the legal effect of this Agreement.  The parties

13   further acknowledge that no warranties or representations have been made on any subject other than as

14   set forth in this Agreement.  This Agreement may not be altered, modified or otherwise changed in any

15   respect except by writing, duly executed by all of the parties or their authorized representatives.

16       16.  If any provision of this Agreement is determined to be invalid, illegal, or unenforceable, the

17   validity, legality, and enforceability of the remaining provisions shall not in any way be affected or

18   impaired thereby.

19

20   Dated:   October 3 , 2012          */s/ Jimmy Cochran (original signature on file)*

21                                     JIMMY COCHRAN
                                  Plaintiff

22

23   Dated:   October 3, 2012          */s/ Gay L. Carroll (original signature on file)*
                                  GAY L. CARROLL

24                                     Law Offices of Gay L. Carroll
                                  Attorney for Plaintiff

25

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
2:10-CV-02314-WBS-EFB

Dated:   October 3, 2012                          BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ Edward A. Olsen
                                                  EDWARD A. OLSEN
                                                  Assistant United States Attorney



                                **ORDER**


        APPROVED AND SO ORDERED.

Dated:   October 10, 2012


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER APPROVING COMPROMISE SETTLEMENT
2:10-CV-02314-WBS-EFB